**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No.:2:26-cr-20105-MSN**

**ANTHONY LEON JACKSON,**

**Defendant.**

---

## REPORT AND RECOMMENDATION

---

Pursuant to 28 U.S.C. § 636(b), the undersigned United States Magistrate Judge conducted a plea hearing in this case on October 6, 2026. At the hearing, Defendant entered a plea of guilty to Count(s) 9 of the indictment. On the basis of the record made at the hearing, the Court finds that Defendant is fully competent and capable of entering an informed plea; the plea is made knowingly and with full understanding of each of the rights waived by Defendant; it is made voluntarily and free from any force, threats, or promises; Defendant understands the nature of the charges and penalties provided by law; and the plea has a sufficient basis in fact. Acceptance of the plea, adjudication of guilt, acceptance of the Plea Agreement, and imposition of sentence are specifically reserved for the District Judge.

It is therefore recommended that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count 9 of the indictment; (2) accept Defendant's guilty plea to Count 9 of the indictment; and (3) adjudicate Defendant guilty of having made application to receive payment under Subchapter II (Federal Old-Age, Survivors, and Disability Insurance) of Title 42 of the United States Code, for the use and benefit of another, and having received the payment of $769.00

on November 8, 2021, did knowingly and willingly convert such payment, and any part thereof, to a use other than for the use and benefit of such other person in violation of Title 42, United States Code, § 408(a)(5).

The Defendant's sentencing hearing is scheduled before the United States District Judge Norris on **January 21, 2027, at 2:00 9.m.**

**SIGNED** this 6th day of October, 2026.

s/ Charmiane G. Claxton
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE

**ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT. 28 U.S.C. § 636(b)(1)(C). FAILURE TO FILE SAID OBJECTIONS OR EXCEPTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER AND/OR FORFEITURE OF THE OPPORTUNITY TO RAISE OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**