**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 2:26-cr-20105-MSN

ANTHONY LEON JACKSON,

Defendant.

---

## ORDER ADOPTING REPORT AND RECOMMENDATION

---

Pursuant to 28 U.S.C. § 636(b), United States Magistrate Judge Charmiane G. Claxton conducted a plea hearing in this case on October 6, 2026. After the hearing, Magistrate Judge Claxton filed a Report and Recommendation on Change of Plea (ECF No. 29, "Report"), finding that Defendant was fully competent and capable of entering an informed plea; the plea was made knowingly and with full understanding of each of the rights waived by Defendant; the plea was made voluntarily and free from any force, threats, or promises; Defendant understood the nature of the charges and penalties provided by law; and the plea had a sufficient basis in fact. (*Id.* at PageID 58.) The Report therefore recommends that the Court (1) grant Defendant's motion to withdraw his not guilty plea to Count 9 of the Indictment; (2) accept Defendant's guilty plea to Count 9 of the Indictment; and (3) adjudicate Defendant guilty of having made application to receive payment under Subchapter II (Federal Old-Age, Survivors, and Disability Insurance) of Title 42 of the United States Code, for the use and benefit of another, and having received the payment of $769.00 on November 8, 2021, did knowingly and willingly convert such payment,

and any part thereof, to a use other than for the use and benefit of such other person in violation of Title 42, United States Code, § 408(a)(5). (*Id*. at PageID 58–59.)

The Report provided notice that the parties had 14 days after service of the Report to file specific written objections to the proposed findings and recommendations and that failure to do so may constitute a waiver and/or forfeiture of objections, exceptions, and further appeal. Neither party has filed objections to the Report, and the period for doing so has expired.

After review, the Court agrees with the Report's findings and recommendations. Accordingly, pursuant to 28 U.S.C. § 636(b), the Court **ACCEPTS** and **ADOPTS** the Report and Recommendation (ECF No. 29) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Count 9 of the Indictment is **GRANTED**;

(2) Defendant's guilty plea to Count 9 of the Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of having made application to receive payment under Subchapter II (Federal Old-Age, Survivors, and Disability Insurance) of Title 42 of the United States Code, for the use and benefit of another, and having received the payment of $769.00 on November 8, 2021, did knowingly and willingly convert such payment, and any part thereof, to a use other than for the use and benefit of such other person in violation of Title 42, United States Code, § 408(a)(5), as charged in Count 9 of the Indictment.

**IT IS SO ORDERED**, this 23rd day of October, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE